UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 23, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE LOUISE TRAVIS,

    Defendant.

Case No. 2:16-cr-00106-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MICHELLE LOUISE TRAVIS__, Case No. __2:16-cr-00106-KJM__ from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __$25,000. Co-signed by parents.__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): __Pretrial services conditions.__

Issued at Sacramento, California on May 23, 2016 at __2:15 pm__

By: _____

Magistrate Judge Carolyn K. Delaney