| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MICHAEL PETRIK, JR., #177913<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant<br>MICHELLE TRAVIS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-106 KJM |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL |
| v. | ) ) | CONDITIONS OF RELEASE |
| MICHELLE TRAVIS, | ) ) | Judge: Hon. ALLISON CLAIRE |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Michelle Travis, through their respective attorneys, that the release conditions imposed on Ms. Travis on May 23, 2016 (Dkt. 9), may be modified to add:

**14. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

Pretrial Services Officer, Tai Gaskins, is in agreement with this request for modification.

All other conditions shall remain in force.

Stipulation to Modify Special Condition of Release     -1-

| | | |
|---|---|---|
| 1 | DATED: November 3, 2017 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | |
| 4 | | */s/ M. Petrik, Jr.* |
| | | M. PETRIK, JR. |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for MICHELLE TRAVIS |
| 7 | DATED: November 3, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Brian Fogerty* |
| | | BRIAN FOGERTY |
| 10 | | Assistant United States Attorney |

Stipulation to Modify Special Condition of Release

-2-

# **O R D E R**

The following release condition is added:

14. **You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

All other conditions shall remain in force.

DATED: November 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE