HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
MICHELLE TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:16-cr-0106 KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **SEALING ORDER** JUDGE: |
| MICHELLE TRAVIS, | ) Kimberley J. Mueller |
| Defendant-Movant. | ) |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Travis's Exhibits 1-7 to her Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in this case shall be filed _under seal_ until further order of the court as it contains confidential medical records.

**IT IS SO ORDERED.**

DATED: January 29, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE