HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
MICHELLE TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-cr-0106 KJM |
| Plaintiff, | **ORDER** |
| v. | |
| MICHELLE TRAVIS, | |
| Defendant-Movant. | |

Defendant-Movant MICHELLE TRAVIS has moved for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to time served based on the poor and deteriorating physical and mental health of both her minor child and that child's custodian as provided under U.S.S.G. § 1B1.13, commentary Application Note 1C(i). Docket entry nos. 119. The government does not oppose this motion. Docket entry no. 126, pp. 1-2, 6.

The Court finds that Ms. Travis's circumstances satisfy the "extraordinary and compelling reasons" standard under section 3582(c)(1)(A)(i), as elaborated by the Sentencing Commission in U.S.S.G. § 1B1.13. The Court finds that the defendant's circumstances demonstrate the "incapacitation of the caregiver of the defendant's minor

child or minor children" as contemplated by U.S.S.G. § 1B1.13, comment. n.1(C)(i). This Court further finds that the defendant is not a danger to the safety of any other person or to the community and that a reduction of her sentence is consistent with the policy statement set forth under 18 U.S.C. § 3582(c)(l)(A).

IT IS ORDERED that Ms. Travis's motion for compassionate release is granted and that her term of imprisonment is hereby reduced to the time she has already served.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence to time served, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Dated: February 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE